**IT IS ORDERED as set forth below:**

Date: November 22, 2016

_____
**Wendy L. Hagenau
U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | \| | CHAPTER 13 |
| | \| | |
| Teresa Marie Quarles, | \| | CASE NO. 16-64183-WLH |
| | \| | |
| Debtor. | \| | |

**ORDER**

   The Application of Attorney Liza A. Park and Kaine Law, LLC, having been read and considered, with no adverse interest represented, and copies of the Application and of this Order having been served upon the United States Trustee, and the Chapter 13 Trustee, based upon said Application, it appearing that Attorney Liza A. Park and Kaine Law, LLC, does not hold or represent an interest adverse to the Estate and is disinterested within the meaning of the Bankruptcy Code, and the Court being satisfied that said Attorney Liza A. Park and Kaine Law, LLC, meets the standards of 11 U.S.C. Section 327, and is otherwise qualified to represent the Debtors, and no notice being required, and good cause appearing therefore, it is hereby

   ORDERED that the Debtor is authorized to retain and appoint Attorney Liza A. Park and Kaine Law, LLC, as Special Counsel for the purposes specified in the foregoing Application, subject to objection by the United States Trustee, which objection must be filed with the Court and served upon the Debtor, Debtor's attorney of record, Carson Walden of Walden, Goodhart, Harden

& New, LLC, and upon Attorney Liza A. Park and Kaine Law, LLC, within 21 days from the entry of this Order, and it is

ORDERED that there will be no disbursement or any recovery without first obtaining permission from the Courts.

FURTHER ORDERED that all applications for compensation filed by Attorney Liza A. Park and Kaine Law, LLC, as Special Counsel for the Debtors will be considered by the Court in accordance with the standards set forth in the applicable provisions of the Bankruptcy Code, Rules and case law.

* * * * * END OF DOCUMENT * * * * *

Consented by:


/s/ Ryan Williams_____
Ryan Williams for the Office of
Nancy J. Whaley
Standing Chapter 13 Trustee
Suite 120
303 Peachtree Center Ave
Atlanta, GA 30303
(678) 992-1201
(678) 992-1202 fax
Georgia Bar No. 940874



Prepared by:


/s/ Carson Walden_____
Carson Walden
Walden, Goodhart, Harden & New, LLC
315 W. Ponce de Leon Avenue
Suite 757
Decatur, Georgia 30030
(404) 884-8315
(404) 924-7051 fax
Georgia Bar No. 942889

Distribution List

Teresa Marie Quarles
4678 Fountainhead Drive
Stone Mountain, GA 30083

Liza A. Park
Kaine Law, LLC
1441 Dunwoody Village Parkway
Suite 100
Atlanta, GA  30338

U.S. Trustee
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Carson Walden
Walden, Goodhart, Harden & New, LLC
315 W. Ponce de Leon Avenue
Suite 757
Decatur, GA 30030

Nancy J. Whaley
Standing Chapter 13 Trustee
Suite 120
303 Peachtree Center Ave
Atlanta, GA 30303

United States Bankruptcy Court
Northern District of Georgia

In re:                                                                  Case No. 16-64183-wlh
Teresa Marie Quarles                                                    Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 113E-9           User: simpsonk              Page 1 of 1                  Date Rcvd: Nov 22, 2016
                           Form ID: pdf408            Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 24, 2016.
db         +Teresa Marie Quarles,   4678 Fountainhead Drive,   Stone Mountain, GA 30083-5147
aty        +Carson R. Walden,   Walden, Goodhart, Harden & New,   Suite 757,   315 W. Ponce de Leon Avenue,
             Decatur, GA 30030-2497
spc        +Liza A. Park,   Kaine Law, LLC,   1441 Dunwoody Village Parkway,   Suite 100,
             Atlanta, GA 30338-4122

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust         +E-mail/Text: ustpregion21.at.ecf@usdoj.gov Nov 22 2016 21:34:41
              Office of the United States Trustee,   362 Richard Russell Building,   75 Ted Turner Drive, SW,
              Atlanta, GA 30303-3315
                                                                                                TOTAL: 1

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 24, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 22, 2016 at the address(es) listed below:
        Carson R. Walden    on behalf of Debtor Teresa Marie Quarles cwalden@wghnlaw.com,
         bknotices@wghnlaw.com
        Maria C. Joyner    on behalf of Trustee Nancy J. Whaley ECF@njwtrustee.com
        Nancy J. Whaley    ecf@njwtrustee.com
                                                                                                                           TOTAL: 3