**UNITED STATES BANKRUPTCY COURT**

**Northern District of Georgia**

**Atlanta Division**

In Re:  Debtor(s)

**Teresa Marie Quarles**
4678 Fountainhead Drive
Stone Mountain, GA 30083

**xxx–xx–4038**

Case No.: **16–64183–wlh**
Chapter:  **13**
Judge:  **Wendy L. Hagenau**

# ORDER CONFIRMING PLAN

The Chapter 13 Plan of Debtor or Debtors (hereinafter "Debtor") has been transmitted to all creditors. Debtor's plan, or plan as modified, satisfies the requirements of 11 U.S.C. § 1325.

Accordingly, it is ORDERED that

(1) The Chapter 13 plan is confirmed;

(2) Property of the estate shall not revest in Debtor until the earlier of discharge of Debtor, dismissal of the case, or closing of case without the entry of a discharge, unless the Court orders otherwise;

(3) A creditor must have a proof of claim filed with the Clerk of Court in order to receive a distribution under this plan, without regard to any other provision of the plan; and

(4) Attorney fees for Debtor's counsel provided for in the Chapter 13 plan and disclosed in the disclosure statement required by Federal Rule of Bankruptcy Procedure 2016(b) are allowed as an administrative expense, subject to disgorgement or disallowance upon request of any party in interest or *sua sponte* by the Court.

(5) Because no party in interest has filed a request for an order of dismissal pursuant to 11 U.S.C. § 521(i)(2) and because the parties in interest should not be subjected to any uncertainty as to whether this case is subject to automatic dismissal under § 521(i)(1), Debtor is not required to file any further document pursuant to § 521(a)(1)(B) to avoid an automatic dismissal and this case is not and was not subject to automatic dismissal under § 521(i)(1). This does not prevent any party in interest from requesting by motion that Debtor supply further information described in § 521(a)(1)(B), and this does not prevent the Chapter 13 Trustee from requesting by any authorized means, including but not limited to motion, that the Debtor supply further information.

The Clerk is directed to serve a copy of this Order on the Debtor(s), the Attorney for the Debtor(s), the Chapter 13 Trustee, all creditors and other parties in interest.

**IT IS SO ORDERED.**

_____

Wendy L. Hagenau
United States Bankruptcy Judge

Dated:  December 19, 2016
Form 133

United States Bankruptcy Court
Northern District of Georgia

In re:                                                                          Case No. 16-64183-wlh
Teresa Marie Quarles                                                            Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 113E-9          User: williamsn          Page 1 of 2          Date Rcvd: Dec 19, 2016
                             Form ID: 133              Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 21, 2016.
db              +Teresa Marie Quarles,    4678 Fountainhead Drive,    Stone Mountain, GA 30083-5147
aty             +Carson R. Walden,    Walden, Goodhart, Harden & New,    Suite 757,    315 W. Ponce de Leon Avenue,
                 Decatur, GA 30030-2497
spc             +Liza A. Park,    Kaine Law, LLC,    1441 Dunwoody Village Parkway,    Suite 100,
                 Atlanta, GA 30338-4122
20087191        +Acct Mgmt Resources Ll,    726 West Sheridan,    Oklahoma City, OK 73102-2412
20317268        ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
                 (address filed with court: Columbia Gas of Ohio,     PO Box 117,    Columbus, OH  43216)
20087192        +Cars Financial,    100 Bristol Dr,    Christiansburg, VA 24073-4000
20087194        +Daryle Henderson,    1127 Rowland Ave.,    Stone Mountain, GA 30083-5008
20087195        +Dept. of Justice, Tax Division,    Civil Trial Section, Southern,
                 PO Box 14198; Ben Franklin Sta,    Washington, DC 20044-4198
20087197        +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
20087198        +Five Points Auro Sales,    3701 Flat Shoals Rd,    Decatur, GA 30034-4006
20087199        +Geico,    One Geico Center,    Macon, GA 31296-0001
20087202        +National Interstate Insurance,    PO Box 549,    Richfield, OH 44286-0549
20087203        +Office of the Attorney General,    40 Capitol Square, SW,    Atlanta, GA 30334-9057
20087204        +Sca Cred Svc,    1502 Williamson Ro,    Roanoke, VA 24012-5100
20087205         Special Assistant US Attorney,    401 W. Peachtree Street, NW,    STOP 1000-D, Suite 600,
                 Atlanta, GA 30308
20087206        +The Smith Group,    PO Box 723837,    Atlanta, GA 31139-0837
20087209         US Attorney, N District of GA,    Civil Div, Attn: Civil Clerk,    75 Spring Street SW, Suite 600,
                 Atlanta, GA 30303-3309
20087207        +United States Attorney General,    Main Justice Building,    10th and Constitution Ave, NW,
                 Washington, DC 20530-0001
20087208        +United States Attorney General,    U.S. Department of Justice,    950 Pennsylvania Avenue, NW,
                 Washington, DC 20530-0009

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
20087193         E-mail/Text: cio.bncmail@irs.gov Dec 19 2016 21:41:05      Centralized Insolvency,    Operation,
                 Post Office Box 7346,    Philadelphia, PA 19101-7346
20087196        +E-mail/Text: bknotice@erccollections.com Dec 19 2016 21:42:30       Enhanced Recovery Co L,
                 8014 Bayberry Rd,    Jacksonville, FL 32256-7412
20087200         E-mail/Text: brnotices@dor.ga.gov Dec 19 2016 21:41:39      Georgia Department of Revenue,
                 Compliance Div ARCS Bankruptcy,    1800 Century Blvd NE, Ste 9100,    Atlanta, GA 30345-3202
20370975        +E-mail/Text: JCAP_BNC_Notices@jcap.com Dec 19 2016 21:42:46       Premier Bankcard, Llc,
                 c o Jefferson Capital Systems LLC,    Po Box 7999,    Saint Cloud Mn 56302-7999
20088950        +E-mail/Text: usagan.bk@usdoj.gov Dec 19 2016 21:42:06      U. S. Attorney,
                 600 Richard B. Russell Bldg.,    75 Ted Turner Drive, SW,    Atlanta GA 30303-3315
                                                                                                  TOTAL: 5

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20087201*        Internal Revenue Service,    401 W Peachtree St NW,    Stop 334-D,    Atlanta, GA 30308
                                                                                       TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2016                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 113E-9         User: williamsn          Page 2 of 2           Date Rcvd: Dec 19, 2016
                             Form ID: 133              Total Noticed: 24
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 19, 2016 at the address(es) listed below:
              Carson R. Walden    on behalf of Debtor Teresa Marie Quarles cwalden@wghnlaw.com,
               bknotices@wghnlaw.com
              Maria C. Joyner    on behalf of Trustee Nancy J. Whaley ECF@njwtrustee.com
              Nancy J. Whaley    ecf@njwtrustee.com
                                                                                    TOTAL: 3