B2100A (Form 2100A) (12/15)

# United States Bankruptcy Court

___Northern___ District Of ___GEORGIA___

In re **Teresa  Marie Quarles  ,**_____ Case No. **16-64183**_____

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the
transfer, other than for security, of the claim referenced in this evidence and notice.

**Jefferson Capital Systems, LLC**_____
Name of Transferee

Name and Address where notices to transferee
should be sent:

**Jefferson Capital Systems, LLC
PO BOX 7999
Saint Cloud , MN 56302-9617**

Phone: ___**888-836-6853**_____

Last Four Digits of Acct #: ___**0811**_____

Name and Address where transferee payments
should be sent (if different from above):
**Jefferson Capital Systems, LLC
PO BOX 772813
Chicago , IL 60677-2813**

Phone: ___**888-836-6853**_____

Last Four Digits of Acct #: ___**0811**_____

**Five Point Auto Sales**_____
Name of Transferor

Court Claim # (if known): **4**
Amount of Claim: **$8,600.00**
Date Claim Filed: **1/13/2017**

Phone: ___**321-293-0240**_____

Last Four Digits of Acct #: ___**0811**___

I declare under penalty of perjury that the information provided in this notice is true and correct to the
best of my knowledge and belief.

By: **/s/ Sarah Miller (Bankruptcy Specialist)**_____          Date: ___**08/08/2017**_____
**Transferee/Transferee's Agent**

Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**EXHIBIT E**

**WAIVER OF NOTICE OF CLAIM**

Dealer Industry.com LLC d/b/a ACC, ("Transferor") has sold and assigned certain claims to Jefferson Capital Systems, LLC ("Transferee"). Transferee is a limited liability company organized under the laws of the State of Georgia, maintaining a place of business at 16 McLeland Road, St. Cloud, MN 56303. Said claims arise from automobile contracts of Financed Vehicles ("Secured Accounts") issued to individuals who have filed petitions commencing cases under the U.S. Bankruptcy Code. Proofs of Claim with respect to the Secured Accounts may have been filed under the following name(s):

| | | |
|---|---|---|
| ABC AUTO SALES | F & S AUTO SALES | REBEL AUTO SALES |
| ACE | FIVE POINTS AUTO SALES | TEFCO PAYMENT |
| IT'S ALL GOOD | SOUTHERN USED CARS | WALKER COUNTY FINANCE |
| CAR CREDIT FINANCE | LOAN SPOT | WATKINS (MS) |
| CAR FINANCIAL SERVICES | LOTTS E-Z OWN | WHEELS OF CHICAGO |
| CAVENDER AUTO/GENISIS | UPGRADE | WHOLESALECARS.COM |
| COLONIAL SALES & RENTAL | MALCO | |
| CSC | MTO MOTORS | |
| DANIEL | NORWELL FINANCIAL | |
| EASY RIDE AUTO SALES | | |
| | | |

Transferor consents to the attachment of a copy of this Waiver of Notice of Transfer of Claim to a Notice of Claim filed by Transferor pursuant to Federal Rule of Bankruptcy Procedure 3001 (e) (2). Transferor specifically waives the right to receive notice of and object to the filing of the Notice of Claim. Transferor requests that Transferee be substituted for Transferor immediately upon Notice of Transfer of Claim.

A copy of this Waiver shall have the same force and effect as the original.

IN WITNESS WHEREOF, Transferor has executed this Waiver by and through its duly authorized officer the 30 day of June, 2017.

Dealer Industry.com LLC d/b/a ACC

By:_____