## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: A 16-64183-WLH |
| **TERESA MARIE QUARLES** | ) | |
| Debtor, | ) | CHAPTER 13 |

| | | |
|---|---|---|
| | ) | |
| **DARYL J. HENDERSON**, | ) | |
| Movant, | ) | |
| v. | ) | **CONTESTED MATTER** |
| | ) | |
| **TERESA MARIE QUARLES**, | ) | |
| Respondent. | ) | |

### ORDER ON MOVANT'S MOTION FOR RELIEF FROM THE STAY AND FOR AN ORDER ALLOWING ADMINISTRATIVE EXPENSES

The above Motion having come before the Court for a hearing on September 20, 2017, and after notice and an opportunity to be heard, as to that part of the Motion seeking relief from the stay, and it being made to appear to the Court that the Respondent-Debtor no longer opposes lifting the stay, and that the Movant is entitled to the relief sought, it is hereby ORDERED that the stay be and the same is lifted as of the date of this Order, and the Movant may take lawful actions in an appropriate court to obtain possession of and/or evict the Respondent Debtor from the premises known as 4678 Fountainhead Dr., Stone Mountain, 30083.

As to that part of the Motion seeking an order allowing administrative expenses, the Court hereby reserves ruling until a later date.

IT IS SO ORDERED, this _20th_ day of September, 2017.

*Wendy L. Hagenau*

WENDY L. HAGENAU
UNITED STATES BANKRUPTCY JUDGE

Prepared and submitted by:
Thomas H. Knuth
Attorney for Movant
Ga. Bar No. 427350
P. O. Box 71791
Marietta, GA 30007-1791
Telephone: 770-993-1764
Email: tknuth@knuth-law.com

- 2 -

## CERTIFICATE OF SERVICE

Case No. A 16-64183-WLH

This is to certify that I have this day served a copy of the within and foregoing proposed Order on Motion for Relief from the Stay and for an Order Allowing Administrative Expenses upon the Respondent, her Attorney, and Trustee by handing a copy of the same to them in open court.

Attorney for the Respondent-Debtor
Carson Walden, Esq.
Attorney at Law
Walden, Goodhart, Harden &New
315 W. Ponce deLeon Avenue, Suite 757
Decatur, GA 30030

Attorney for the Trustee
Ryan Williams, Esq.
Attorney at Law
Office of the Chapter 13 Trustee
303 Peachtree Center Ave., Ste 120
Atlanta, GA 30303

Respondent-Debtor
Teresa Marie Quarles
4678 Fountainhead Dr.
Stone Mountain, GA 30083

This __20th__ day of September, 2017.

/S/ Thomas H. Knuth
Thomas H. Knuth
Attorney for Movant – Daryl J. Henderson
Ga. Bar No. 427350
P. O. Box 71791
Marietta, GA 30007-1791
Telephone: 770-993-1764
Email: tknuth@knuth-law.com